AO 91 (Rev. 11/11)  Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | William M. Sloan | Telephone: | (313) 226-9611 |
| Special Agent: | George Bingham (ATF) | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
DOMINQUE FAULKNER

Case No.

Case: 2:22−mj−30098
Assigned To : Unassigned
Assign. Date : 2/25/2022
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 17, 2021__ in the county of __Jackson__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent George Bingham, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 25, 2022

City and state: Detroit, Michigan

*Judge's signature*

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINQUE FAULKNER,<br><br>Defendant. | Case No.<br><br>UNDER SEAL |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, George Bingham, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I am currently assigned to the Detroit Field Division, Ann Arbor Office, where I am responsible for investigating violations of firearms laws, among other crimes. I have been employed with the ATF for approximately 12 years. Prior to this, I was a Michigan State Police (MSP) Trooper for approximately 11 years. During my time in law enforcement, I have participated in numerous investigations involving firearms, narcotics trafficking, violent crimes, and criminal street gangs. These investigations have resulted in the execution of state and federal search and arrest warrants. In

1

addition, I have gained experience investigating the use of cellular devices to commit criminal offenses.

2.   This affidavit is based upon information I have gained from my investigation, information provided by law enforcement officers and others who have personal knowledge of the events and circumstances described herein, and my training and experience.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all details or facts that exist pertaining to the investigation.

3.   I submit this affidavit in support of a criminal complaint charging that, on or about July 17, 2021, within the Eastern District of Michigan, the defendant, Dominque FAULKNER (D.O.B.: XX/XX/1991), knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin (a Schedule I controlled substance) and N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propanamide (a/k/a fentanyl) (a Schedule II controlled substance), in violation of 21 U.S.C. § 841(a)(1).

## PROBABLE CAUSE

4.   On or about July 17, 2021, at approximately 12:12 p.m., an officer from the Jackson County Sheriff's Office (JCSO) was at the Shell Gas Station located at 1780 N West Ave, Jackson, MI, in the Eastern District of Michigan.

5.      While at the gas station, the officer ran a routine license plate check (in LEIN) on a white Ford Fusion sedan that was parked at a gas pump. The query showed that the registered owner of the vehicle was Dominque FAULKNER, and that FAULKNER had a valid misdemeanor warrant. The officer also reviewed a driver's license photo for FAULKNER.

6.      Thereafter, the officer observed FAULKNER exit the gas station, and the officer recognized FAULKNER based on his driver's license photo.

7.      The officer approached FAULKNER and placed him under arrest on the outstanding warrant.

8.      During a search incident to arrest, the officer found two cell phones and approximately $300 on FAULKNER's person.

9.      During a search of FAULKNER'S white Ford Fusion, the officer found a plastic bag containing approximately 24 grams of suspected narcotics in the driver's door pocket; two more cell phones in the vehicle's center console; and FAULKNER's driver's license near the gear shift. The plastic bag contained 29 black "rocks" individually wrapped in plastic. A field test of one of the 29 rocks returned a positive result for fentanyl. Photos of the seized substance are pictured below.

3





10. The substance was submitted to a Michigan State Police forensic laboratory for testing. An analysis of the substance in one of the knotted baggies confirmed the presence of fentanyl and heroin.

11. Following the arrest of FAULKNER, the JCSO obtained a state search warrant to search the contents of the two cell phones recovered from FAULKNER. A review of the contents of one of the cell phones, a Samsung Galaxy, revealed several text messages that appeared to show the user of the phone, believed to be FAULKNER, was involved in distributing narcotics.

12. For example, on or about January 7, 2021, the user of this phone, believed to be FAULKNER, sent a text message stating: "I don't have nothing on me but almost a ball and I'm trying to sell all this bc we don't got more till the bag come in so if you want a half you better come buy it now before it be gone . . . ." Based on my training and experience, I know that "a ball" is a drug slang term that usually refers to an "eight ball," or 1/8 ounce of narcotics (approximately 3.5 grams), and the term "the bag" is a slang term that usually refers to a quantity of drugs. I believe that in this text message, the writer, believed to be FAULKNER, is telling a drug customer that he (FAULKNER) only possesses approximately 1/8 ounce of narcotics, and that if the customer wants to buy a "half" (likely a ½ gram), then the customer should do so now before FAULKNER runs out of narcotics until he receives more ("the bag") from his source of supply.

13. Based on my training and experience, and my conversations with other law enforcement agents with years of experience investigating narcotics trafficking, I know that:

    a. A quantity of approximately 24 grams of heroin/fentanyl is consistent with distribution and is not consistent with personal use.

    b. A quantity of narcotics packaged in separate, individual packaging is consistent with distribution and is not consistent with personal use.

    c. Individuals involved in distributing illegal narcotics commonly use cell phones to communicate with each other (including sources of supply and customers) to facilitate drug transactions, including through the use of voice calls, text messages, voicemail messages, emails, social media messages, and/or other electronic means.

    d. Individuals involved in illegally distributing narcotics frequently possess and use multiple cell phones to separate their day-to-day drug business activity from their personal communications, as well as to evade law enforcement detection.

## CONCLUSION

14. Based on the foregoing, I respectfully submit there is probable cause to believe that, on or about July 17, 2021, within the Eastern District of Michigan, the defendant, Dominque FAULKNER (D.O.B.: XX/XX/1991), knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin (a Schedule I controlled substance) and N-phenyl-N-[1-( 2-phenylethyl ) -4-piperidinyl] propanamide (a/k/a fentanyl) (a Schedule II controlled substance), in violation of 21 U.S.C. § 841(a)(1).

Respectfully submitted,

By: _____
George Bingham
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in
my presence and/or by reliable electronic means.

_____
HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MICHIGAN

Date:   February 25, 2022